# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BEVERLY FERRARO,

    Respondent

    v.

PATTERSON-ERIE CORPORATION D/B/A
BURGER KING AND BURGER KING
CORPORATION,

    Petitioner

: No. 170 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner, is:

> Whether the Superior Court's conclusion that [Respondent] was excused from compliance with the Rules of Civil Procedure to serve [Petitioner] timely and via the Sheriff before the statute of limitations expired was in conflict with this Honorable Court's holdings on the same legal question and other holdings of the intermediate appellate courts?